# PRADO

July 28th, 2025.

Hon. Margaret M. Garnett
**United States District Judge**
**Southern District of New York**
40 Foley Square
New York, NY 10007

Re: **Roy Rosselló v. Edgardo Díaz Meléndez, Case No. 1:25-cv-01699 (MMG)**
**LETTER-MOTION REQUESTING REMOTE APPEARANCE AT INITIAL PRETRIAL CONFERENCE**

**Dear Honorable Judge Garnett:**

Pursuant to Rule II(A)(1) of Your Honor's Individual Rules and Practices in Civil Cases, Defendant respectfully requests leave to appear remotely—via videoconference or telephone—at the Initial Pretrial Conference scheduled for July 31, 2025, at 9:30 A.M.

This request is made on the basis that the proceeding is not evidentiary and is expected to address only preliminary procedural and scheduling matters. A remote appearance would not prejudice any party and would facilitate counsel's participation in the conference.

As required by the Court's rules, Defendant's counsel conferred with Plaintiff's counsel. Plaintiff, through his attorney Brittany Henderson, Esq., confirmed via email dated July 26, 2025, that he does not object to this request.

Accordingly, Defendant respectfully requests that the Court grant permission for remote appearance at the Initial Pretrial Conference.

Thank you for Your Honor's attention to this matter.

1



Respectfully submitted,

*/s/ Edwin Prado*
Edwin Prado, Esq.
Prado Law Offices
403 Del Parque, Suite 8
San Juan, PR 00912
Tel: (787) 977-1411
Email: pradolaw10@gmail.com
Attorney for Defendant Edgardo Díaz Meléndez

## CERTIFICATE OF CONFERENCE

**I hereby certify** that on July 26, 2025, I conferred via email with Plaintiff's counsel, Brittany Henderson, Esq., regarding the relief requested herein. Plaintiff does not oppose this request for remote appearance.

## CERTIFICATE OF SERVICE

**I hereby certify** that on July 28, 2025, I electronically filed the foregoing Letter-Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

GRANTED.  The Initial Pretrial Conference scheduled for July 31, 2025 at 9:30 A.M. will be held over Microsoft Teams.  The public one-touch dial-in information for the conference audio is +1 646-453-4442,,896534413#.  A direct link to the Conference will be sent to counsel of record via email.

SO ORDERED.  Dated July 29, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

*/s/ Edwin Prado*
Edwin Prado, Esq.

2