**Via ECF – Public Filing**

**December 2nd, 2025**

The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** *Rosselló v. Díaz*, No. 1:25-cv-01699-MMG – Letter-Motion to Adjourn Deposition and Settlement Conference

**Dear Hon. Judge Garnett:**

Pursuant to Rule I(B)(5) of Your Honor's Individual Rules and Practices and the Local Rules of this District, Defendant **Edgardo Díaz**, through undersigned counsel, respectfully submits this letter-motion seeking relief from the current case schedule to (i) vacate and reschedule the deposition presently noticed for **December 16, 2025**, and (ii) adjourn the **Settlement Conference** currently set for **January 26, 2026**, to a later date mutually convenient to the parties and the Court.

As noted in prior correspondence, Attorney **Edwin Prado**, lead counsel for Mr. Díaz, continues to undergo medical treatment during December and has overlapping trial commitments in **State of Florida v. Brianna Ramirez (Osceola County)** during January 2026. These circumstances render it impracticable for him to participate in the deposition or the settlement proceedings as currently scheduled.

Counsel has conferred with Plaintiff's counsel in good faith pursuant to Local Rule 37.2 and Judge Garnett's Rule II(A)(6). Plaintiff's counsel has indicated that it is their position that, should Defendant wish to cancel Mr. Díaz's deposition on **December 16, 2025**, and reschedule it

1

for some later date, Defendant must properly seek relief from the Court pursuant to the procedures delineated in the Court's Local Rules. Similarly, Plaintiff has indicated that if Defendant still wish to adjourn the Settlement Conference that has been set for **January 26, 2026**, Defendant must likewise seek such relief from the Court.

In accordance with Rule I(B)(5), Defendant provides the following information in support of this request:

1. **Reason for the Requested Adjournment:**

   Medical unavailability of lead counsel and conflicting trial schedule in January 2026.

2. **Original Dates:**

   Deposition of Defendant set for December 16, 2025; Settlement Conference set for January 26, 2026.

3. **Number of Previous Requests:**

   None. This is Defendant's first request for adjournment regarding these scheduling matters.

4. **Opposing Counsel's Position:**

   As stated above, Plaintiff objects and has directed Defendant to seek relief directly from the Court.

5. **Proposed Alternative Dates:**

   - **Deposition:** January 19, 2026 (available all day); January 20, 2026 (after 1:00 p.m.); or January 21, 2026 (from morning until 1:00 p.m.).

   - **Settlement Conference:** On or after **April 17, 2026**, following the close of fact discovery as set by the Court's Order dated November 21, 2025 (Dkt. 34), or any other date thereafter convenient to the Court.

This request is made in good faith and not for purposes of delay. Granting the requested adjournments will allow the parties to complete discovery efficiently and participate meaningfully in settlement discussions under the Court's supervision.

We are available should the Court wish to schedule a telephone or virtual conference to address this request.

Respectfully submitted,

*/s/ Edwin Prado*
Edwin Prado, Esq.
SDNY: 2429041
Counsel for Defendant Edgardo Díaz
Prado Law Offices, LLC
403 Del Parque St., Suite 8 – San Juan, PR 00912
111 N. Orange Ave., Suite 800 – Orlando, FL 32801
(787) 977-1411 | (407) 420-7926
pradolaw10@gmail.com

cc: All Counsel of Record (via ECF)

On consideration of both parties' letters, the request to adjourn is GRANTED under the following conditions. Defendant's deposition shall occur on January 19, 2026 and Plaintiff's deposition shall occur on January 21, 2026. These dates **will not be adjourned** absent the consent of both parties. If Defendant's counsel is unable to take or defend the depositions on those dates, due to health issues or otherwise, he must arrange for other counsel to do so sufficiently in advance so that the depositions can go forward as scheduled, or the opportunity will be deemed forfeited.

Because the Court's original case management plan called for a settlement conference after the close of fact discovery, and fact discovery has been extended to mid-April, the parties may adjourn the scheduled settlement conference before Judge Moses until the end of fact discovery or shortly thereafter. Counsel should contact Judge Moses' Chambers directly to reschedule the settlement conference previously scheduled for January 26, 2026 until a date after April 17, 2026.

SO ORDERED. Dated December 4, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

3