USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 7/30/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROY ROSSELLO,

Plaintiff,

-against-

EDGARDO DIAZ MELENDEZ,

Defendant.

25-CV-01699 (MMG)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On April 17, 2026, after an extension of the fact discovery deadline, this Court adjourned the previously scheduled settlement conference from April 20, 2026, to August 3, 2026, and ordered the parties to submit their respective confidential settlement letters to the chambers of the undersigned Magistrate Judge by July 27, 2026. (Dkt. 49.) On July 27, 2026, plaintiff submitted his confidential settlement letter, but defendant did not (and still has not), despite a reminder from chambers. Instead, defendant has submitted two letters asserting that he was hospitalized in Panama (for an "emergency back condition") and requesting that the conference be conducted remotely or rescheduled. (*See* Dkts. 72, 74.)

In light of these developments, the settlement conference scheduled for August 3, 2026 at 2:15 p.m. is CONVERTED to a pre-settlement telephonic conference, with counsel only, on the same date and time. An email will be sent to counsel with the Microsoft Teams link prior to the conference.

The Clerk of Court is respectfully directed to close the motions at Dkts. 72 and 74.

Dated: New York, New York
July 30, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**