USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/3/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROY ROSSELLO,

Plaintiff,

-against-

EDGARDO DIAZ MELENDEZ,

Defendant.

25-CV-01699 (MMG)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The settlement conference in this matter is ADJOURNED to **December 16, 2026** at **2:15 p.m.**, in Courtroom 20A, 500 Pearl Street, New York, NY 10007.

No later than **December 9, 2026**, the parties must submit their confidential settlement letters and acknowledgment forms to chambers. *See* Scheduling Order (Dkt. 27) ¶ 3. All other provisions of this Court's Scheduling Order, including the requirement of in-person attendance, *see id*. ¶ 1, remain in effect.

Dated: New York, New York
August 3, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**